JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LAMONT JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN IVES,<br><br>    Respondent. | Case No. CV 14-04045 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

DATED: June 1̶3̶, 2014

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE